1  Conrad A. Reynoldson
   WASHINGTON CIVIL & DISABILITY ADVOCATE
2  3513 NE 45th Street, Suite G, Seattle, WA 98105
   (206) 855-3134

3

4

5

6              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WASHINGTON
7                        AT RICHLAND

8

KEVIN LAKEY AND CASEY          )
9  KASSELDER,                  )
                               )   NO.
10           Plaintiffs,       )
                               )   COMPLAINT FOR
11     vs.                     )   DAMAGES AND
                               )   INJUNCTION
12  TC TRANSPORTATION SERVICES, )
    LLC., a Washington limited liability )
13  company;                   )   **DEMAND FOR JURY**
                               )   **TRIAL**
                               )
14           Defendant.

15          COMES NOW the plaintiffs, Kevin Lakey and Casey Kasselder, by

16  and through their attorneys Conrad Reynoldson and Michael Terasaki of

17  Washington Civil & Disability Advocate and for a cause of action, state as follows:

18                        **INTRODUCTION**

19          Congress passed the Americans with Disabilities Act ("ADA") over

20  two decades ago with a principal goal of integrating people with disabilities into

COMPLAINT - Page 1                    WASHINGTON CIVIL & DISABILITY
                                                         ADVOCATE
                                            3513 NE 45th Street, Suite G
                                                  Seattle, WA 98105
                                                   (206) 855-3134

1   the country's economic and social life. 42 U.S.C. § 12101(a). When Congress

2   passed the ADA, Congress recognized the need to promote societal integration,

3   and sought to eradicate discrimination in a number of critical areas, including

4   transportation. 42 U.S.C. § 12101(a)(2), (3). Despite this long-standing mandate,

5   Defendant has failed to ensure that individuals with disabilities have full and equal

6   access to the public transportation services it provides to members of the public, by

7   charging people with disabilities who require a wheelchair for mobility a surcharge

8   for use of an accessible vehicle.  In acting as herein alleged, Defendant has

9   subjected Plaintiffs and similarly situated persons to discrimination on the basis of

10  disability in violation of Title III of the ADA and the Washington Law Against

11  Discrimination.

12          Adequate access to transportation is a necessary societal integration,

13  providing access to work; to health care, business, and other appointments. As an

14  integral part of transportation in this country, taxi service is covered under the

15  ADA. Allowing a company to exploit this important service for profit motives

16  undermines the purposes of the ADA. The Americans with Disabilities Act and the

17  Washington Law Against Discrimination do not permit charging a higher

18  minimum fare to persons with mobility disabilities who require an accessible taxi.

19  In so doing, TC Transportation LLC discriminates against residents of and visitors

20  to Benton County with mobility disabilities who require accessible taxis. Through

COMPLAINT - Page 2

1  this lawsuit, Plaintiffs seek an injunction requiring Defendant to provide

2  individuals with disabilities, "full and equal" access to its transportation services as

3  required by law.  Plaintiffs also seek damages, reasonable attorneys' fees, costs and

4  litigation expenses for enforcing his civil rights.

5

6                              **I.  PARTIES**

7          1.1    Plaintiff Kevin Lakey is, and at all times relevant herein was

8  and is, a resident of Washington state.

9          1.2    Mr. Lakey is an individual with a disability as he is

10  substantially limited in major life activities, including but not limited to walking,

11  and relies on a wheelchair for mobility. He is a qualified individual with a

12  disability within the meaning of Title III of the ADA and the Washington Law

13  Against Discrimination (R.C.W. §§ 49.60.010 et seq.).

14          1.3    Plaintiff Lakey currently resides in Kennewick, Washington

15  and he uses TC Transportation LLC's taxis both for work and for leisure. He has

16  been subject to TC Transportation LLC's discriminatory higher minimum fare for

17  an accessible taxi, and he continues to use TC Transportation LLC's services under

18  protest.

19          1.4    Plaintiff Casey Kasselder is, and at all times relevant herein was

20  and is, a resident of Washington State.

COMPLAINT - Page 3

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

1        1.5    Ms. Kasselder is an individual with a disability as she is

2  substantially limited in major life activities, including but not limited to walking,

3  and relies on a wheelchair for mobility. She is a qualified individual with a

4  disability within the meaning of Title III of the ADA and the Washington Law

5  Against Discrimination (R.C.W. §§ 49.60.010 et seq.).

6        1.6    Plaintiff Kasselder currently resides in Pasco, and has used or

7  has desired to use TC Transportation LLC's taxis both for work and for leisure.

8  She has been subject to and deterred by TC Transportation LLC's discriminatory

9  higher minimum fare for an accessible taxi.

10       1.7    The defendant is TC Transportation LLC, a for-profit

11  transportation company. TC Transportation LLC is a private entity, primarily

12  engaged in the business of providing taxi services to members of the general public

13  on a regular and continuing basis, whose operations affect commerce. As such, TC

14  Transportation LLC provides public transportation services within the meaning of

15  42 U.S.C. § 12181(10) and 49 C.F.R. § 37.

16       1.8    TC Transportation LLC is subcontracted by People for People,

17  the Benton County Medicaid transportation broker.

18       1.9    TC Transportation LLC's taxi service is a public

19  accommodation within the meaning of Title III of the ADA, 42 U.S.C. §12181(7),

20  and its implementing regulation, 28 C.F.R. §36.104.

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

1

## II. JURISDICTION AND VENUE

2        2.1      This court has jurisdiction pursuant to 28 U.S.C. §1331,

3    28 U.S.C. §1343(a)(3) & (a)(4) for violations of the ADA.

4        2.2      Pursuant to pendant jurisdiction and 28 U.S.C. §1367, attendant

5    and related causes of action arising from the same facts are also brought under

6    Washington Law, including the Washington Law Against Discrimination (R.C.W.

7    §§ 49.60.010 et seq.).

8        2.3      Venue is appropriate in this judicial district under 28 U.S.C.

9    §1391 and is founded on the fact that all of the acts and/or omissions giving rise to

10   Plaintiffs' claims occurred within this district.

11

## III. FACTUAL ALLEGATIONS

12       3.1      This action seeks to put an end to civil rights violations

13   committed by Defendant TC Transportation LLC. TC Transportation LLC operates

14   a taxi service for the Tri-Cities area that primarily serves Kennewick, Pasco, and

15   Richland in the Columbia Basin of Eastern Washington.

16       3.2      As part of its on-demand taxi service, TC Transportation LLC

17   offers accessible taxis.

18       3.3      TC Transportation LLC discriminates against people with

19   mobility disabilities who require an accessible taxi by charging them an arbitrary

20   minimum fare of $40 dollars which is not charged to standard taxi fares for people

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

1  without disabilities.

2        3.4    On information and belief, TC Transportation LLC provides the

3  only accessible taxi service in Benton County.

4        3.5    TC Transportation LLC's customers may obtain a TC

5  Transportation LLC taxi by hailing one on the street or by reserving one via phone

6  call. On information and belief, accessible cabs cannot be hailed off of the street.

7        3.6    Riders that do not require accessible taxis are charged a

8  standard boarding fee of $4.95 and rate of $2.50 per mile traveled.

9        3.7    TC Transportation LLC's dispatchers inform callers that there

10  is $40 minimum for an accessible taxi van.

11        3.8    Ms. Kasselder used TC Transportation LLC for a period in

12  2014. She has taken taxis to and from the Pasco airport to her home – traveling

13  approximately 2.5 miles yet paying $40 per trip. Ms. Kasselder has since been

14  deterred from using TC Transportation LLC because of their discriminatory

15  practices.

16        3.9    In October of 2017, a personal friend of Ms. Kasselder called

17  TC Transportation LLC to pick up Ms. Kasselder and was informed of the $40 flat

18  fee for someone who uses a wheelchair. After it was confirmed the price would be

19  a flat rate of $40, Ms. Kasselder was deterred from using the service that day.

20        3.10   In June and July of 2018, Ms. Kasselder inquired to get a ride to

COMPLAINT - Page 6

1    the airport, and she was informed again of the discriminatory pricing – she was

2    told defendant charges a $4.50 boarding fee and $2.50 per mile for non-accessible

3    taxi services – however, defendant charges a $40 flat fee accessible taxi services.

4         3.11   Upset by the information given, Ms. Kasselder asked to talk to

5    a manager. Ms. Kasselder talked with a manager named Alex Bedoya. He

6    confirmed prices and became angry with the questions. He responded with hurtful

7    comments including: "It your guys fault we need these vans;" and "[t]he price is so

8    high to make up for gas."

9         3.12   Ms. Kasselder has been deterred from using TC Transportation

10   LLC, and TC Transportation LLC and their agents have caused Ms. Kasselder

11   difficulty, frustration and embarrassment, and have made her feel unwelcome and

12   like a second-class citizen.

13        3.13   Ms. Kasselder plans to use TC Transportation LLC in the

14   future, as she lives in TC Transportation LLC's service area and they offer

15   accessible vehicles.  Until TC Transportation LLC's unlawful and discriminatory

16   fee policies are modified by Defendant, Ms. Kasselder will continue to be denied

17   full and equal access to the goods, services, facilities, privileges, advantages, and

18   accommodations offered by Defendant to the general public, and will suffer

19   ongoing discrimination by being prevented and deterred from using Defendant's

20   transportation services.

COMPLAINT - Page 7

1    3.14   Mr. Lakey uses TC Transportation LLC's services under protest

2    whenever his adapted vehicle is unavailable. He is frustrated over how expensive it

3    is to go very short distances.  He believes there are few rides within TC

4    Transportation LLC's service area where the standard rates would rise to the flat

5    fee of $40 dollars that he is charged for the accessible taxi. He last used TC

6    Transportation LLC in early 2018.

7    3.15   The nature of Defendants' discrimination constitutes an

8    ongoing violation, and unless enjoined by this Court, will result in ongoing and

9    irreparable injury to Plaintiffs and other similarly situated persons.

10

11    **IV.  STATEMENT OF CLAIMS**

12    **COUNT I**

13    **Violation of Title III of the Americans with Disabilities Act**

14    **Discrimination by a Public Accommodation (42 U.S.C. §§ 12182 et seq.)**

15

16    4.1    Plaintiffs hereby replead, restate, reallege and incorporate by

17    reference all the allegations contained in the preceding paragraphs above, as

18    though fully set forth herein.

19    4.2    Title III of the ADA provides that "No individual shall be

20    discriminated against on the basis of disability in the full and equal enjoyment of

COMPLAINT - Page 8

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

1    specified public transportation services provided by a private entity that is

2    primarily engaged in the business of transporting people and whose operations

3    affect commerce." 42 U.S.C. § 12184(a).

4            4.3     Defendant is subject to certain requirements of Title III of the

5    ADA because it is a private entity that provides specified public transportation, as

6    defined in 42 U.S.C. § 12181(10), because it is primarily engaged in the business

7    of transporting people, and because their operations affect commerce. 42 U.S.C. §

8    12184.

9            4.4     Defendants' discriminatory conduct includes, but is not limited

10    to:

11            (a)     Failing "to make reasonable modifications in policies, practices,

12                      or procedures, when such modifications are necessary to afford

13                      [their] goods, services, facilities, privileges, advantages, or

14                      accommodations to individuals with disabilities, unless the[y]

15                      can demonstrate that making such modifications would

16                      fundamentally alter the nature of such goods, services,

17                      facilities, privileges, advantages, or accommodations." 42

18                      U.S.C. § 12184(b)(2)(A) (incorporating by reference 42 U.S.C.

19                      § 12182(b)(2)(A)(ii)); and

20            (b)     Imposing special charges on individuals with disabilities,

COMPLAINT - Page 9

1   including individuals who use wheelchairs, for providing

2   transportation services. 49 C.F.R. § 37.5.

3

4        Because Defendant's discriminatory and wrongful conduct is ongoing,

5   Plaintiffs are entitled to declaratory and injunctive relief. 42 U.S.C. § 12188.

6   Plaintiffs are also entitled to reasonable attorneys' fees and costs incurred in

7   bringing this action. 42 U.S.C. § 12205.

8        WHEREFORE, Plaintiffs pray for relief as set forth below.

9

10                    **COUNT II**

11   **Violation of the Washington Law Against Discrimination**

12             **(R.C.W. §§ 49.60.010 et seq.)**

13

14        5.1    Plaintiffs incorporate by reference each and every allegation

15   contained in the foregoing paragraphs.

16        5.2    Section 49.60.030(1) of the Revised Code of Washington

17   provides in pertinent part:

18        The right to be free from discrimination

19   because of . . . the presence of any sensory, mental, or

20   physical disability . . . is recognized as and declared to be

COMPLAINT - Page 10                     WASHINGTON CIVIL & DISABILITY
                                        ADVOCATE
                                        3513 NE 45th Street, Suite G
                                        Seattle, WA 98105
                                        (206) 855-3134

1    a civil right.  This right shall include, but not be limited to:

2    . . . (b) The right to the full enjoyment of any of the

3    accommodations, advantages, facilities, or privileges of

4    any place of public resort, accommodation, assemblage, or

5    amusement . . . .

6

7    5.3    Defendant provides transportation services to the general public

8    in Washington, is a business establishment within the jurisdiction of the State of

9    Washington, and as such is obligated to comply with the provisions of the

10   Washington Law Against Discrimination.

11   5.4    Plaintiffs are individuals with disabilities within the scope of

12   the Washington Law Against Discrimination.

13   5.5    Plaintiffs are informed, believe, and thereon allege that

14   Defendant and its agents and employees have violated and continue to violate §§

15   49.60.010 *et seq.* of the Revised Code of Washington by Defendant's

16   discriminatory practice of charging more for an accessible taxi than for a standard

17   taxi.

18   5.6    Defendant's actions constitute discrimination against persons

19   with disabilities and violate the Washington Law Against Discrimination, Revised

20   Code of Washington § 49.60.010 et seq., in that persons with mobility disabilities

COMPLAINT - Page 11

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

1    have been and continue to be denied full and equal enjoyment of the

2    accommodations, advantages, facilities, privileges, and services that Defendant

3    provides to individuals who do not have disabilities.

4        5.7    As a direct and proximate result of the aforementioned acts,

5    Plaintiffs have suffered and continue to suffer difficulty, hardship, isolation, and

6    segregation due to Defendant's failure to remediate the discriminatory practice of

7    charging more for an accessible taxi than for a standard taxi. This failure has

8    denied Plaintiffs the full and equal enjoyment of the Defendant's taxi service that

9    the Washington Law Against Discrimination requires.

10        5.8    Because Plaintiffs have no effective remedy at law, a clear legal

11   right to access Defendant's Taxi service; have a well-grounded fear of immediate

12   invasion of that right; and have been actually injured as a result of Defendant's

13   conduct as alleged herein, declaratory and injunctive relief are appropriate

14   remedies.  See <u>Kucera v. Dep't of Transp.</u>, 140 Wn.2d 200, 209 (2000).

15        5.9    Pursuant to Wash. Rev. Code § 49.60.030(2), Plaintiffs are

16   entitled to declaratory and injunctive relief and to recover the actual damages

17   sustained by the person, and the reasonable attorneys' fees and costs incurred in

18   bringing this action from Defendant.

19        WHEREFORE, Plaintiffs pray for relief as set forth below.

20

COMPLAINT - Page 12

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

# COUNT III

## Violation of the Washington Consumer Protection Act

## (R.C.W.  19.86 et seq.)

6.1     Plaintiffs incorporate by reference each and every allegation contained herein.

6.2     Washington's Consumer Protection Act prohibits unfair competition, which includes unfair or deceptive acts or practices in the conduct of any trade or commerce. Wash. Rev. Code § 19.86.020.

6.3     In acting as alleged herein, Defendant – a for-profit taxi service – has engaged in a pattern or practice of unlawful discrimination in the operation of its taxi service by charging a discriminatory $40 flat fee for each accessible taxi ride one way, and therefore has engaged in acts of acts which injure persons under Wash. Rev. Code § 19.86.093.

6.4     In bringing this action, Plaintiffs act in their interest pursuant to Wash. Rev. Code § 19.86.020.

6.5     Plaintiffs seek injunctive relief ordering TC Transportation LLC to stop its unlawful practices and for Plaintiffs to receive treble damages as restitution for charges by TC Transportation LLC as authorized by Wash. Rev. Code § 19.86.090.

COMPLAINT - Page 13

1

## V.  PRAYER FOR RELIEF

2

3        WHEREFORE, Plaintiffs respectfully requests that this Court:

4        7.1    Issue a permanent injunction pursuant to the Americans with

5    Disabilities Act, the Washington Law Against Discrimination, and the Washington

6    Consumer Protection Act requiring TC Transportation LLC to:

7            (a)    immediately cease implementation of its policy to impose

8                higher minimum fares for accessible taxis on individuals with

9                mobility disabilities who require a lift or ramp to access taxi service;

10           (b)    put in writing a new policy stating that individuals with

11                mobility disabilities who require a lift or ramp to access taxi service

12                will not incur additional charges for the use of such accessible taxis;

13                and

14           (c)    provide immediate training to all employees, including

15                managers, dispatchers and drivers, regarding the new policy;

16       7.2    Issue a declaratory judgment that TC Transportation LLC

17    policies, procedures, and practices have subjected and continue to subject Plaintiffs

18    to discrimination in violation of Title III of the ADA and the Washington Law

19    Against Discrimination.

20       7.3    Retain jurisdiction of this case until TC Transportation LLC has

COMPLAINT - Page 14

1    complied with the orders of this Court, and there is a reasonable assurance that TC

2    Transportation LLC will continue to comply in the future, absent continuing

3    jurisdiction;

4              7.4    Award Plaintiffs treble damages as restitution for charges by

5    TC Transportation LLC as authorized by Wash. Rev. Code § 19.86.090; and

6              7.5    Award Plaintiffs reasonable attorneys' fees and costs as

7    authorized by 42 U.S.C. § 122205, Wash. Rev. Code § 49.60.030(2), and Wash.

8    Rev. Code § 19.182.150;

9              7.6    Award Plaintiffs compensatory damages in an amount to be

10   proven at trial;

11             7.7    Award Plaintiffs such additional or alternative relief as may be

12   just, proper and equitable.

13   DATED this 28th day of September, 2018

14

15                          WASHINGTON CIVIL & DISABILITY ADVOCATE
                            Attorney for Plaintiff

16                          By:    /s/Conrad Reynoldson
                                   Conrad Reynoldson
17                                 WSB# 48187

18                                 /s/Michael Terasaki
                                   Michael Terasaki
19                                 WSB# 51923

20

COMPLAINT - Page 15                    WASHINGTON CIVIL & DISABILITY
                                                        ADVOCATE
                                              3513 NE 45th Street, Suite G
                                                      Seattle, WA 98105
                                                       (206) 855-3134