UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KEVIN LAKEY and CASEY KASSELDER, | NO: 4:18-CV-5161-TOR |
|---|---|
| Plaintiffs, | ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| TC TRANSPORTATION SERVICES LLC, a Washington limited liability company, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulation for Dismissal. ECF No. 11. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court has reviewed the record and files herein, and is fully informed.

The parties stipulate to the dismissal of the above-captioned matter without costs or attorney's fees to either party.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without costs or attorney fees to either party.

2. All pending motions are **DENIED** as moot and all hearings are **STRICKEN** from the Court's calendar.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to the parties, and **CLOSE** the file.

DATED January 10, 2019.



THOMAS O. RICE
Chief United States District Judge